UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Weaver Cooke Construction, LLC, ) | |
| Appellant, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Randolph Stair and Rail Company, ) | No. 5:14-CV-715-BR |
| ) | |
| Appellee. ) | |
| ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 26 September 2014 order of the bankruptcy court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings.

<u>**This judgment filed and entered on August 26, 2016, and served on:**</u>

Joseph P. Gram  (via CM/ECF Notice of Electronic Filing)
Kelli E Goss  (via CM/ECF Notice of Electronic Filing)
Luke J. Farley  (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III  (via CM/ECF Notice of Electronic Filing)
Tracy L. Eggleston (via CM/ECF Notice of Electronic Filing)
Patrick M. Aul  (via CM/ECF Notice of Electronic Filing)

August 26, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk